UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CUREN ESSEX, ALICIA BULKO,
SUSAN COOK, ELIZABETH ZUBOR,
and SUSAN TERRELL,
    Plaintiff,

V

CASE NO. 09-11095
HON. ARTHUR J. TARNOW

LIVINGSTON COUNTY, a municipal corporation,
ROBERT BEZOTTE in his individual capacity as
the Livingston County Sheriff, TOM CREMONTE
in his individual capacity as the Livingston County
Jail Administrator, and RANDY BOOS, in his
individual capacity, Jointly and Severally,
    Defendant.

---

**GEOFFRY N. FIEGER (P30441)**
**JAMES J. HARRINGTON (P65351)**
19390 West Ten Mile Road
Southfield, MI 48075
(248) 355-5555
Attorneys for Plaintiffs
Essex, Bulko, Cook and Zubor

**CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C.**
By: **T. JOSEPH SEWARD (P35095)**
33900 Schoolcraft
Livonia, MI 48150
(734) 261-2400
Attorneys for Defendants Livingston County, Robert Bezotte and Tom Cremonte

**CATALDO & MEEKS, PLLC**
**DONALD J. CATALDO (P55257)**
**KENNETH G. McINTYRE (P17449)**
519 East Grand River Avenue
Lansing, MI 48906
(517) 487-9656
Attorneys for Plaintiff Susan Terrell

**THOMAS A. MATHEWS (P28414)**
2000 Grand River Annex, Suite 200
Brighton, MI 48114
(810) 227-7878
Attorney for Defendant Randy Boos

---

**CERTIFICATE OF ATTEMPT TO OBTAIN**
**THE DISCOVERY REQUIRED WITHOUT COURT ACTION**

Plaintiff's counsel, Kenneth G. McIntyre, has left phone messages for Mr. Seward, following up upon his (McIntyre's) letter of May 19, 2011 to Mr. Seward, asking him to agree to provide the discovery sought in Ms. Terrell's March 7, 2011 First Set of Interrogatories and Request for Production of Documents. No response to those phone messages and letter has been received. Based upon defense counsel's June 28, 2011 response to Plaintiff's March 7, 2011 Interrogatories and Request for Production of Documents, Plaintiff's counsel has concluded that his good faith efforts to confer with defense counsel will not result in voluntary compliance with those discovery requests, and, therefore, Plaintiff's counsel certifies that his efforts were made and have failed, so he must seek the help of this court to obtain responsive answers to Plaintiff's March 7, 2011 discovery requests.

        Certified to this 29th day of
        July, 2011

        /s/ Kenneth G McIntyre
        Kenneth G. McIntyre (P17449)
        Attorney for Plaintiff Susan Terrell
        519 East Grand River Avenue
        Lansing, MI 48906
        517/487-9656

**CATALDO & MEEKS, PLLC.**

ATTORNEY AT LAW

Donald J. Cataldo II
Douglas E. Meeks

519 East Grand River Avenue
Lansing, MI 48906
(517) 347-9656
(517) 347-9657 Fax

2