**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CUREN ESSEX, ALICIA BULKO
SUSAN COOK, and ELIZABETH ZUBOR,
and SUSAN TERRELL

        Plaintiffs,                              Case No.2:09-cv-11095
                                                     Hon. Arthur J. Tarnow

v

LIVINGSTON COUNTY, a municipal corporation,
ROBERT BEZOTTE in his individual capacity
as the Livingston County Sheriff, TOM CREMONTE in his
individual capacity as the Livingston County Jail Administrator,
and RANDY BOOS in his individual capacity,
Jointly and Severally,

        Defendants.

_____

**PLAINTIFF ESSEX, BULKO, COOK AND ZUBOR'S CONCURRENCES AND JOINDER TO CO-PLAINTIFF TERRELLS' MOTION TO COMPEL AND SECOND MOTION TO COMPEL**

      NOW COME Plaintiffs, CUREN ESSEX, ALICIA BULKO, SUSAN COOK, and ELIZABETH ZUBOR, by and through their attorneys, Fieger, Fieger, Kenney & Giroux, P.C., and in concurrence and joinder of Co-Plaintiff, Susan Terrell's motion to compel and second motion to compel, Plaintiffs hereby states as follows:

      Plaintiffs, Essex, Bulko, Cook and Zubor, hereby concur and join in the releif requested in Co-Plaintiff Terrells' Motion to Compel and Second Motion to Compel. [D.E. 92 and D.E. 106].

                            Respectfully submitted,

                            /s/James J. Harrington, IV
                            JAMES J. HARRINGTON, IV (P65351)
                            Attorneys for Plaintiffs, Essex, Bulko, Cook & Zubor
                            Fieger, Fieger, Kenney & Giroux, P.C.
                            19390 W. Ten Mile Rd.
                            Southfield, MI  48075
                            (248) 355-5555
Dated:  August 8, 2011              j.harrington@fiegerlaw.com

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on August 9, 2011, he electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

Thomas A. Mathews, Esq. , 2000 Grand River Annex, Ste. 200, Brighton, MI 48114
tmattlaw@aol.com

Donald J. Cataldo, Esq., Cataldo & Meeks, PLLC, 519 E. Grand River Ave., Lansing, MI 48906
kacie.stiles@cataldomeeks.com

T. Joseph Seward, Esq., Cummings, McClorey, Davis & Acho, P.L.C., 33900 Schoolcraft Road, Livonia, MI 48150
tjseward@cmda-law.com

<u>/s/James J. Harrington, IV</u>
GEOFFREY N. FIEGER (P30441)
JAMES J. HARRINGTON, IV (P65351)
Attorneys for Plaintiffs, Essex, Bulko, Cook and Zubor
Fieger, Fieger, Kenney, Johnson & Giroux, P.C.
19390 W. Ten Mile Rd.
Southfield, MI  48075
(248) 355-5555
j.harrington@fiegerlaw.com