UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CUREN ESSEX et al.,

    Plaintiffs,　　　　　　　　　　　　Case No.  09-11095

v.　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES
　　　　　　　　　　　　　　　　　　　DISTRICT JUDGE
LIVINGSTON COUNTY et al.,　　　　　　ARTHUR J. TARNOW

    Defendants.

_____/


**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [43]**

    Before the Court is Defendants' Motion for Summary Judgment [43].  On September 27, 2011, the Court held a hearing on the matter.

    For the reasons stated on the record at the hearing,

    **IT IS HEREBY ORDERED** that Defendants' Motion for Summary Judgment [43] is **GRANTED** as to Defendant Cremonte and **DENIED** as to all other Defendants.

    **SO ORDERED**.

　　　　　　　　　　　　　　　　　　　s/Arthur J. Tarnow
　　　　　　　　　　　　　　　　　　　ARTHUR J. TARNOW
　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

DATED: September 28, 2011

_____

**CERTIFICATE OF SERVICE**

    I hereby certify on September 28, 2011 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on September 28, 2011: **None.**

　　　　　　　　　　　　　　　　　　　s/Michael E. Lang
　　　　　　　　　　　　　　　　　　　Deputy Clerk to
　　　　　　　　　　　　　　　　　　　District Judge Arhtur J. Tarnow
　　　　　　　　　　　　　　　　　　　(313) 234-5182